# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 103000 | -- | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| | | | | Notes payable to relatives | 29000 | | |
| Listed securities—add schedule | 75000 | | | Notes payable to others | | | |
| Unlisted securities—add schedule | | | | Accounts and bills due | 2000 | | |
| Accounts and notes receivable: | | | | Unpaid income tax | | | |
| Due from relatives and friends | | | | Other unpaid tax and interest | | | |
| Due from others | | | | Real estate mortgages payable—add schedule | 21000 | | |
| Doubtful | | | | | | | |
| Real estate owned—add schedule | 1100000 | -- | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 135000 | =- | | | | | |
| Cash value—life insurance | 1000 | | | | | | |
| Other assets—itemize: | | | | | | | |
| Trusts | 1120000 | | | | | | |
| IRAs | 300000 | | | Total liabilities | 52000 | -- | |
| | | | | Net worth | 2782000 | -- | |
| Total assets | 2834000 | | | Total liabilities and net worth | 2834000 | -- | |

| CONTINGENT LIABILITIES | None. | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | | | | | | | |
| Legal claims | | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | | | | | | | |

Mortgages:   Wilmington Trust Company holds a mortgage on our summer home at 17 Henlopen Ave., Rehoboth, DE - balance $21,000

Real Estate owned:   Residence, 2206 Old Kennett Rd., Wilmington, DE
Summer residence, 17 Henlopen Ave., Rehoboth, DE
Residence, 3327 Resevoir Rd., N.W., Washington, D.C.
479 acres, unimproved land, near Ovando, Montana

Securities are listed in the Financial Disclosure Statements, attached.

Digitized by Google

227

FILE COPY

| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROTH, Jane R. | U.S. District Court for the District of Delaware | May 14, 1991 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. Report Type (check appropriate type) ___ Nomination, Date_____ ___ Initial  xx Annual  ___ Final | 6. Reporting Period 1990 |

| 7. Chambers or Office Address |
|---|
| Lock Box 12, 844 King Street Wilmington, Delaware  19801 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

[ ] NONE (No reportable positions)

Board of Overseers, Law School of Widener University
~~Trustee~~                             ~~Historical Society of Delaware~~
Director                                World Affairs Council of Wilmington
~~President~~                           ~~Richard S. Rodney Inn, AICF~~
I hold and exercise a power of attorney for Catherine M. Donahoe

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

[xx] NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

[ ] NONE (No reportable non-investment income)

| | | |
|---|---|---|
| Aug-Dec. 1990 | Villanova Univ. School of Law, Adjunct Faculty | $ 4,800 |
| | See list of spouse's honoraria, attached | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting ROTH, Jane R. | Date of Report May 14, 199? |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | NONE (No such reportable reimbursements or gifts) | |
| 2 | Wilmington Country Club | Spouse - Honorary Membership |
| 3 | Eur. Wehrkunde Conference | 2 nights lodging, meal-Munich, W.Ger. 2/2-3/9, self and spouse |
| 5 | Former Members of Congress Assn. | Airfare, lodging, meals-Wash D.C.-Bonn-Berlin Prague, Budapest, Wash D.C.-5/26-6/3/90 self & spous |
| 7 | AECA, 3 Rembrandt Cl., London, U.K. | Airfare, lodging, meals - London, Brussels, Wash D.C.- 11/30-12/2/90-self & spouse |
| 8 | | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| x 1 | NONE (No such reportable gifts) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | NONE (No reportable liabilities) | | |
| 2 | Wilmington Trust Co. (J) | Mortgage-Rehoboth house | K |
| 3 | Lucille F. Roth (J) | Loan-Montana land | K |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 8 | | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
B = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROTH, Jane R. | May 14, 1991 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 17 Henlopen Ave., Rehoboth, DE - J | A | – | M | W | | | | | | |
| 2 Reddington P'ship XI 1 unit - Bankrupt | A | – | J | T | | | | | | |
| 3 Del. Comm. Affairs Bonds | A | INT. | J | T | | | | | | |
| 4 Wilm. City Bonds | A | INT. | J | T | | | | | | |
| 5 Wilm. Parking Auth Bonds | A | INT. | J | T | | | | | | |
| 6 Wilm. Trust Money Market Acct | B | INT. | K | T | | | | | | |
| 7 Wilm. Trust Savings Acct. - J | A | INT. | J | T | | | | | | |
| 8 Wilm Trust Checking Acc | A | INT. | J | T | | | | | | |
| 9 Artisans Savings Acct Wilm, DE | A | INT. | J | T | | | | | | |
| 10 Mellon Bank IRA Wilm, DE | A | – | L | T | | | | | | |
| 11 Wilm Trust IRA | A | – | K | T · | | | | | | |
| 12 Dean Witter Reynolds IRA  Wilm DE | A | – | M | T | | | | | | |
| 13 Trust w/Wilm Trust - see attached | E | INT. | O | T | | | | | | |
| 14 Richards Trust-see att. | D | INT. | M | T | | | | | | |
| 15 Wilmington Trust Savings Acct - DC | A | INT. | K | T | | | | | | |
| 16 Artisans Savings Acct Wilm, DE - DC | A | INT. | K | T | | | | | | |
| 17 3327 Reservoir Rd.,Wash D2C - J (X) | E | Rent | M | W | | | | | | |
| 18 479 acres-Montana  J | A | – | M | W | | | | | | |
| 19 Legg Mason IRA Wilm, DE | A | – | J | T | | | | | | |
| 20 Metro Life Ins Policy S | A | – | J | T | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROTH, Jane R. | May 14, 1991 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for joint ownership of reporting individual and spouse, "(J)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Aust. Oil & Gas  S | A | – | J | T | | | | | | |
| 2 Himont Inc.  ·S | A | Int | | | sell | 1/9 | J | B | | |
| 3 New Castle Cty Eco Dev. Bonds  S | A | Int | | | buy | 11/12 | J | | | |
| 4 New Castle Cty SFM Bonds  S | B | Int | | | Buy | 11/24 | K | | | |
| 5 Del. St. Housing Auth Bonds  S | A | Int | | | buy | 11/5 | J | | | |
| 6 Dreyfus Cap Value Fund S (legg Mason Acct) | B | Int | K | T | | | | | | |
| 7 Wilm Trust IRA  S | A | – | J | T | | | | | | |
| 8 Legg Mason IRA  S | A | – | K | T | | | | | | |
| 9 Legg Mason Keogh  S | B | Int | L | T | | | | | | |
| 10 Hercules Pension  S | D | Pension | | | | | | | | |
| 11 Employee Thrift plan | A | – | J | T | | | | | · | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | | . |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date May 14, 1991

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § .1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

Digitized by Google

| Reporting Individual's Name | PART I. HONORARIA | Page Number |
|---|---|---|
| WILLIAM V. ROTH, JR. | | 1 |

For you and your spouse, list the source (name and address), date received, and amount of honoraria, aggregating $200 or more in value, received from each source during the reporting period. Identify the activity (speech, article, appearance, or other) which generated the honoraria. Indicate which honoraria were received by your spouse. Total only your honoraria at the bottom of the page, and subtract the amount donated to charity to obtain the total amount accepted by you. For further information, see instructions. Note: Travel expenses in excess of $250 related to honoraria must be reported in Part VI, Reimbursements.

None [ ]

| | Date Received | Source (Name and Address) | Speech, Article, or Appearance Other: Describe | Amount |
|---|---|---|---|---|
| Examples: | 3/26/9X | Association of American Associations, Wash., D.C. | Speech | $1,000 |
| | 7/23/9X | XYZ Magazine, NY, NY | Article | $500 |
| 1 | 3/21/90 | Asahi Simbun, Toyko, Japan | Article | $ 350.00 |
| 2 | 4/24/90 | R. Duffy Wall & Associates, Washington, D. C. | Speech | 2,000.00 |
| 3 | 6/15/90 | ARCO Chemical Co., King of Prussia, Pennsylvania | Speech | 2,000.00 |
| 4 | 5/8/90 | Washington Tax Seminars, Washington, D. C. | Speech | 1,500.00 |
| 5 | 6/4/90 | Wine Institute, 165 Post Street, San Francisco, Ca. 94108 | Speech | 2,000.00 |
| 6 | 12/27/90 | Center for Strategic & International Studies, Wash., D.C. | Speech | 2,000.00 |
| 7 | 6/21/90 | Former Members of Congress Assoc., Washington, D. C. | Speech | 500.00 |
| 8 | 6/4/90 | Society of Colonial Wars in the State of De, Wilm., De. | Speech | 500.00 |
| 9 | 6/20/90 | Wall Street Journal, New York, New York | Article | 100.00 |
| 10 | 7/27/90 | Coalition Against Regressive Taxation, Washington, D. C. | Speech | 2,000.00 |
| 11 | 9/24/90 | Merrill Lynch, Washington, D. C. | Speech | 2,000.00 |
| 12 | 9/27/90 | Securities Industry Association, Washington, D. C. | Speech | 2,000.00 |
| 13 | 10/4/90 | BeiGolembe, Inc., 4751 Best Road, Atlanta, Ga. 30337 | Speech | 2,000.00 |
| | | Total Honoraria Received by Reporting Individual | | |
| | | Subtract Honoraria (reported above) Which Was Donated To Charity | | |
| | | Honoraria Accepted | | |

Previous Edition Cannot Be Used

| Reporting Individual's Name | PART I. HONORARIA | Page Number |
|---|---|---|
| WILLIAM V. ROTH, JR. | | 2 |

For you and your spouse, list the source (name and address), date received, and amount of honoraria, aggregating $200 or more in value, received from each source during the reporting period. Identify the activity (speech, article, appearance, or other) which generated the honoraria. Indicate which honoraria were received by your spouse. Total only your honoraria at the bottom of the page, and subtract the amount donated to charity to obtain the total amount accepted by you. For further information, see instructions. **Note:** Travel expenses in excess of $250 related to honoraria must be reported in Part VI, Reimbursements.      None ☐

| Date Received | Source (Name and Address) | Speech, Article, or Appearance Other: Describe | Amount |
|---|---|---|---|
| Examples 3/26/9X | Association of American Associations, Wash., D.C. | Speech | $1,000 |
| 7/23/9X | XYZ Magazine, NY, NY | Article | $500 |
| 1  10/15/90 | Phoenix Mutual Life Insurance Co., Hartford, Conn. 06115 | Speech | 2,000.00 |
| 2  12/22/90 | University of Montana, Missula, Montana 59812-1291 | Speech | 1,230.50 |
| 3  12/22/90 | University of Montana, Missula, Montant 59812-1291 | Speech | 1,230.50 |
| 4  12/13/90 | AICPA, Washington, D. C. | Speech | 2,000.00 |
| 5  12/19/90 | Fibers Manufacturers Association, Washington, D. C. | Speech | 2,000.00 |
| 6  10/29/90 | Washington Tax Association, Washington D. C. | Speech | 1,000.00 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |

| | |
|---|---|
| Total Honoraria Received by Reporting Individual | $28,411.00 |
| Subtract Honoraria (reported above) Which Was Donated To Charity | 1,074.00 |
| Honoraria Accepted | $27,337.00 |

Previous Edition Cannot Be Used

233

Digitized by Google